NUMBER 13-03-561-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________


JACINTO GONZALEZ D/B/A 

SOUTHWEST CONSTRUCTION, Appellant,


v.


EVA GONZALEZ, Appellee.

_______________________________________________________


On appeal from the 370th District Court 


 of Hidalgo County, Texas

_______________________________________________________


MEMORANDUM OPINION 



Before Justices Rodriguez, Castillo, and Garza 


Opinion Per Curiam



 Appellant, JACINTO GONZALEZ D/B/A SOUTHWEST CONSTRUCTION,
attempted to perfect an appeal from a judgment entered by the 370th District Court
of Hidalgo County, Texas. On August 27, 2003, the trial court granted appellant's
motion for new trial. Appellant has filed a motion to dismiss the appeal on the
grounds that since his motion for new trial was granted, no judgment exists to appeal.

 The Court, having examined and fully considered the documents on file, the
trial court's order granting a new trial, and appellant's motion to dismiss, is of the
opinion that the appeal should be dismissed for want of jurisdiction. Appellant's
motion to dismiss the appeal is granted, and the appeal is hereby DISMISSED FOR
WANT OF JURISDICTION.

 PER CURIAM


Opinion delivered and filed this

the 6th day of November, 2003.